Eastern District of Kentucky
FILED
MAR 2 0 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 04-CV-52-JMH

MISTY LYNN WESLEY                                                         PLAINTIFF

VS:                              **JUDGMENT**

MEDICAL STAFFING NETWORK, ET AL.                                        DEFENDANTS

    In accordance with the Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

    (1)    On February 5, 2004, Misty Lynn Wesley, the *pro se* plaintiff, filed an employment discrimination complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq*. The plaintiff named several defendants, one of which was Defendant Medical Staffing Network.

    (2)    The Plaintiff's claims against Defendant Medical Staffing Network are **DISMISSED WITH PREJUDICE** and **JUDGMENT IS ENTERED** in favor of Medical Staffing Network.

    (3)    This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

    (4)    The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. §1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

    (5)    This matter [04-CV-52-JMH] **IS STRICKEN** from the active docket.

This the 20th day of March, 2006.

*/s/ Joseph M. Hood*
JOSEPH M. HOOD, CHIEF JUDGE